IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KAVITA CHOKSI,                    )
                                  )
            Plaintiff,            )
                                  )
     v.                           )    No.  06 C 2568
                                  )
TOWNSHIP HIGH SCHOOL DISTRICT 211, )
                                  )
            Defendant.            )

MEMORANDUM ORDER

On May 10, 2006 this Court issued its memorandum order that (1) denied--at least at that time--the In Forma Pauperis Application ("Application") that had been submitted by pro se plaintiff Kavita Choksi ("Choksi") in connection with her proposed Complaint of Employment Discrimination but (2) granted Choksi until May 26 either (a) to pay the $350 filing fee or (b) to submit further information that might call for a different ruling on the Application. Both of those alternatives were provided to Choksi to enable her to get the benefit of a May 8 filing date and thus avoid a time-sensitive dismissal of her Complaint.[1]

More than a month has passed since that deadline without Choksi having complied with either alternative. Moreover, when

---

[1] It may be noted parenthetically that Choksi had waited until the very last day permitted by law to submit her Complaint: Having received EEOC's right to sue letter on February 10, 2006, she tendered the Complaint and Application on the 91st day thereafter (May 8), being saved from a fatal untimeliness only by the fact that the 90th day (May 7) was a Sunday.

this Court's concern led it to direct its minute clerk to follow up with a telephone call to Choksi to inquire about the matter, that resulted in the leaving of a message but no return call from Choksi. Accordingly both the Complaint and this action are dismissed for nonpayment of the required filing fee.

                                                         _____
                                                         Milton I. Shadur
                                                         Senior United States District Judge

Date: June 28, 2006